DORON WEINBERG (SBN 46131)
LAW OFFICES OF DORON WEINBERG
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile:  (415) 552-2703
Email: doronweinberg@aol.com

Attorney for Defendant
TONY CHAO FAN LUO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. 01:11 CR 00113 AWI** |
| Plaintiff, ) | |
| vs. ) | **STIPULATION PERMITTING TRAVEL OUTSIDE DISTRICT; ORDER** |
| TONY CHAO FAN LUO, et. al., ) | |
| Defendants. ) | |

   IT IS HEREBY STIPULATED between the parties, Assistant United States Attorney Laurel Montoya, for Plaintiff United States of America, and Doron Weinberg, attorney for defendant Tony Luo, that defendant is permitted to travel to Las Vegas, Nevada, for the purpose of visiting with family members during the Christmas holiday.  Specifically, defendant will leave California on Friday, December 23 and return on Monday, December 26, 2011.

   Defendant agrees to adhere to all requirements set forth by Pretrial Services while he is away.

Dated: December 15, 2011          /s/ Laurel Montoya
                                  LAUREL MONTOYA
                                  Assistant United States Attorney

Stipulation Permitting Travel Outside District;
Order (Case No. CR-11-00113 AWI)                    1

| | |
|---|---|
| 1 | |
| 2 | LAW OFFICES OF DORON WEINBERG |
| 3 | |
| 4 | Dated: December 15, 2011        /s/ Doron Weinberg |
|   | DORON WEINBERG |
| 5 | Attorney for Defendant |
| 6 | TONY CHAO FAN LUO |
| 7 | **ORDER** |
| 8 | IT IS SO ORDERED. |
| 9 | |
| 10 | Dated:   December 16, 2011 |
|    | CHIEF UNITED STATES DISTRICT JUDGE |

Stipulation Permitting Travel Outside District;
Order (Case No. CR-11-00113 AWI)            2