# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
MAY 23 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

MAY 22 AM 8:19

| | |
|---|---|
| United States of America<br>vs.<br>Tony Chao Fan Luo | Case No. 11CR0113 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, **Tony Chao Fan Luo**, have discussed with **Lydia J. Serrano**, Pretrial Services Officer, modifications of my release conditions as follows:

Removing condition number 7(q) which pertains to location monitoring and home detention.

All other previously ordered conditions of release not in conflict with this change remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  5/11/12        _____  5-22-12
Signature of Defendant     Date             Pretrial Services Officer  Date
Tony Chao Fan Luo                           Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                   5-23-12
Signature of Assistant United States Attorney   Date
Laurel J. Montoya

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   5-17-12
Signature of Defense Counsel                Date
Doron Weinberg

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on   5/23/12
☐ The above modification of conditions of release is *not* ordered.

_____                   5/23/12
Signature of Judicial Officer               Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services