BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00113 AWI |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | |
| TONY CHAO FAN LUO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter presently set for September 29, 2014 may be continued to October 27, 2014 at 10:00 a.m. It is further stipulated by and between the parties that the formal objections be filed on or before October 20, 2014.

Unforeseeable events that have recently occurred prevent this matter from proceeding as presently set and necessitate the matter being continued as requested in this stipulation.

DATED: September 15, 2014        /s/ Laurel J. Montoya
                                 LAUREL J. MONTOYA
                                 Assistant United States Attorney

DATED: September 15, 2014        /s/ Doron Weinberg
                                 DORON WEINBERG
                                 Attorney for Defendant Tony Chao Fan Luo

///

///

Luo Stipulation and Proposed Order

1

O R D E R

IT IS SO ORDERED.

Dated:   September 16, 2014

_____
SENIOR  DISTRICT  JUDGE

Luo Stipulation and Proposed Order

2