IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

TONY CHAO FAN LUO,

                    Defendant.

CASE NO.  1:11-cr-00113-AWI

STIPULATION AND ORDER TO
CONTINUE SENTENCING HEARING

      IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter presently set for October 27, 2014 at 1:30 p.m. may be continued to November 17, 2014 at 1:30 p.m.  It is further stipulated by and between the parties that the formal objections be filed on or before November 10, 2014.

      Unforeseeable events that have occurred prevent this matter from proceeding as presently set and necessitate the matter being continued as requested in this stipulation.

DATED:  October 15, 2014      /s/ Laurel J. Montoya
                                   LAUREL J. MONTOYA
                                   Assistant United States Attorney

DATED:  October 15, 2014      /s/ Doron Weinberg
                                   DORON WEINBERG
                                   Attorney for Defendant Tony Chao Fan Luo

IT IS SO ORDERED.

Dated:   October 15, 2014            _____

                            SENIOR  DISTRICT  JUDGE